IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERGLADES INTERACTIVE LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 10-902-SLR |
| | ) |
| v. | ) |
| | ) |
| PLAYDOM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the time in which defendants Playfish Ltd., Playfish, Inc., Electronic Arts, Inc., Zynga Game Network, Inc., RockYou, Inc., Crowdstar Inc., Crowdstar International Limited, and Lolapps, Inc. shall answer the Complaint in this action shall be extended to January 5, 2011.

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ Stephen B. Brauerman | /s/ John G. Day |
| Richard D. Kirk (#922) | John G. Day (#2403) |
| Stephen B. Brauerman (#4952) | Lauren E. Maguire (#4261) |
| 222 Delaware Avenue, Suite 900 | Caroline Hong (#5189) |
| P.O. Box 25130 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 654-1888 |
| sbrauerman@bayardlaw.com | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiff* | chong@ashby-geddes.com |
| *Everglades Interactive LLC* | *Attorneys for Defendants Playfish Ltd., Playfish, Inc., Electronic Arts, Inc., Zynga Game Network, Inc., RockYou, Inc., Crowdstar Inc., Crowdstar International Limited, and Lolapps, Inc.* |

IT IS SO ORDERED this _____ day of _____, 201__.

_____
United States District Judge

{00469547;v1}